IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS LEROY GORDON,                                          CV. 08-1390-HU

        Petitioner,                                            ORDER

  v.

DON MILLS, Superintendent, Two
Rivers Correctional
Institution,

        Respondent.

BROWN, Judge

    Petitioner's motion for voluntary dismissal (#14) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 29th day of April, 2009.


                                                /s/ Anna J. Brown
                                               Anna J. Brown
                                               United States District Judge


1 -- ORDER